**STATE of Missouri, Respondent,**

v.

**Jonathan MERCER, Appellant.**

**No. ED 102445**

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: November 24, 2015

Amanda Faerber, Assistant Public Defender, 1010 Market St., Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Dora A. Fichter, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### ORDER

PER CURIAM.

Jonathan Mercer appeals the judgment entered after a bench trial convicting him of possession of a controlled substance. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).